**Order entered October 7, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-00257-CR
No. 05-13-00279-CR

**ROY GLENN WHITTAKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F12-62953-J, F10-60058-J

## ORDER

The Court **REINSTATES** the appeals.

On August 26, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from the September 9, 2013 hearing to file appellant's brief.

While the appeal was abated, the State filed a motion to dismiss the appeal in cause no. 05-13-00279-CR for want of jurisdiction. The State asserts that in this cause no., the trial court

did not revoke appellant's community supervision, but instead modified the conditions and extended the term of supervision, which is not appealable. *See Basaldua v. State*, 558 S.W.2d 2 (Tex. Crim. App. 1977). Appellant did not respond to the State's motion. We have reviewed the record and agree with the State. Therefore, we will dispose of the appeal in cause no. 05-13-00279-CR in due course.

We **ORDER** appellant to file his brief in cause no. 05-13-00257-CR within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE